594

Submitted March 17, 1980. Robert I. Segal, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

428 A.2d 678

Commonwealth v. Jones, D., Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

428 A.2d 678

Commonwealth v. Jones, P., Appellant.
Reargument Denied Oct. 6, 1980.